SARAH C. HOWES, as Administratrix of the Estate of WILLIAM A. HOWES, Deceased, Appellant, *v.* NEW YORK PRESS COMPANY, Respondent.

*Howes* v. *N. Y. Press Co.*, 174 App. Div. 865, appeal dismissed.
(Argued June 7, 1918; decided June 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1916, unanimously affirming a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The respondent contended that the appeal must be dismissed, as it is attempted to be taken from an order of the Appellate Division from which no appeal lies to this court.

*Leonard F. Fish* and *Jeremiah A. O'Leary* for appellant.
*E. Clyde Sherwood* and *Amos H. Stephens* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: McLAUGHLIN, J.